**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00376-REB-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ZHENG ZHI CHEN,

        Defendant.

## ORDER

        Upon request of the Probation Office to Allow International Travel With Permission of and at Discretion of the Probation Office , it is

        ORDERED that the request be GRANTED.  Defendant Chen may travel out of the United States of America, provided he has the prior approval and permission of his probation officer, and that prior approval of and permission for such travel shall be at the discretion of the probation officer

        DATED at Denver, Colorado, this 16th day of March, 2007.

        BY THE COURT:

        s/ Robert E. Blackburn
        Robert E. Blackburn
        United States District Judge